

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00401-CV

| | | |
|---|---|---|
| Cimco Refrigeration, Inc. | § | From the 16th District Court |
| | § | of Denton County (2011-11002-16) |
| v. | | |
| | § | November 25, 2015 |
| Bartush-Schnitzius Foods Co. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for entry of a judgment that appellee Bartush-Schnitzius Foods Co. take nothing from appellant Cimco Refrigeration, Inc. and that Cimco Refrigeration, Inc. recover $113,400 from Bartush-Schnitzius Foods Co., and for assessment of costs and interest.

It is further ordered that appellee Bartush-Schnitzius Foods Co. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker